UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| HEMANTHKUMAR KAMALANATHAN, | § § § § | |
| Plaintiff, | | |
| vs. | § § § | CIVIL ACTION NO. 4:17-cv-00322 |
| METROPOLITAN LLOYDS INSURANCE COMPANY OF TEXAS AND CHRISTOPHER BUCHANAN | § § § § § § | **(JURY)** |
| Defendants. | | |

## ORDER OF DISMISSAL WITH PREJUDICE

Came on for consideration the Joint Dismissal With Prejudice of Plaintiff, Hemanthkumar Kamalanathan, and Defendants, Metropolitan Lloyds Insurance Company of Texas and Christopher Buchanan, requesting a dismissal of the Plaintiff's claims with prejudice against Defendants. The Court, having considered the Joint Stipulation of Dismissal With Prejudice, and the pleadings on file herein, is of the opinion that same should be granted.

IT IS THEREFORE ORDERED that all of Plaintiff's claims against Defendants are hereby dismissed with prejudice, with all costs adjudged against the party incurring same.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.
 **SIGNED this 4th day of March, 2018.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE